THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRK, Inc., a corporation organized under Nevada law,<br><br>Plaintiff,<br><br>vs.<br><br>iSee Automation, Inc., a corporation organized under the laws of Canada,<br><br>Defendant. | Case No. 2:17-cv-01715-JLR<br><br>**DEFAULT JUDGMENT AGAINST iSEE AUTOMATION, INC.**<br><br>~~[PROPOSED]~~ |

**ORDER AND JUDGMENT**

This matter is before the Court on the motion by Plaintiff BRK, Inc. for entry of default judgment filed pursuant to Rule 55 (b), Fed. R. Civ. P., against iSee Automation, Inc. An Order of default was entered against the Defendant on March 23, 2018 (Dkt. No. 12), and Defendant has not since appeared in the action. Specifically, Plaintiff seeks entry of judgment against Defendant in the amount of $2,474,156.62. Based on the records in this case, and the evidentiary materials submitted by Plaintiff in support of its motion, Plaintiff's motion is GRANTED.

Therefore, it is ORDERED, ADJUDGED AND DECREED as follows:

Pursuant to Rule 55(b), Judgment is hereby entered in favor of Plaintiff BRK, Inc., against iSee Automation, Inc., for the principal sum of $2,474,156.62. The Clerk shall issue judgment against the Defendant in this amount.

ORDER OF DEFAULT JUDGMENT - 1
WAWD CASE NO: 2:17-CV-01715-JLR

254230-0001/4834-6904-2056.3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

DATED this 25th day of Feb., 2019.

_____
The Honorable James L. Robart

ORDER OF DEFAULT JUDGMENT - 2
WAWD CASE NO: 2:17-CV-01715-JLR

254230-0001/4834-6904-2056.3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121